IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KENDRA L. JOHNSON,

       Plaintiff,                               Civil No. 3:23-cv-00807-REP

v.

EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; and FULTON
BANK NATIONAL ASSOCIATION;

       Defendants.

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC

Plaintiff, Kendra Johnson ("Plaintiff") and Trans Union LLC ("Defendant"), by and through their undersigned counsel, hereby file this Notice of Settlement.

Respectfully submitted,

*/s/Marc F. Kirkland*
Marc F. Kirkland
Virginia Bar Number 96234
*Attorneys for Trans Union LLC*
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Phone: (214) 560-5454
Fax: (214) 871-2111
mkirkland@qslwm.com

*/s/ Henry W. McLaughlin*
Henry W. McLaughlin, III
Virginia Bar Number 07105
The Law Office of Henry McLaughlin, P.C.
707 East Main St, Suite 1050
Richmond, VA 23219
(804) 205-9020
Fax: (877) 575-0245
henry@mclaughlinvalaw.com
***Counsel for Kendra L. Johnson***

DATED: April 19, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April 2024, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Henry W. McLaughlin, III
henry@mclaughlinvalaw.com
The Law Office of Henry McLaughlin, P.C.
Eighth and Main Building
707 East Main Street, Suite 1050
Richmond, VA 23219
(804) 205-9020
(877) 575-0245 Fax
*Counsel for Plaintiff*

Bruce E. Arkema
barkema@dagglaw.com
Bank of America Center, 16th Floor
1111 E. Main Street
Richmond, VA 23219
(804) 775-6900
(804) 775-6911 Fax
*Counsel for Fulton Bank National Association*

*/s/Marc F. Kirkland*
Marc F. Kirkland
Virginia Bar Number 96234
*Attorneys for Trans Union LLC*
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Phone: (214) 560-5454
Fax: (214) 871-2111
mkirkland@qslwm.com