IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KENDRA L. JOHNSON,

    Plaintiff,

v.                                      Civil Action No. 3:23cv807

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

    Defendants.

**ORDER**

Having considered the plaintiff's RULE 41(2) MOTION FOR DISMISSAL OF THE AMENDED COMPLAINT WITHOUT PREJUDICE (ECF No. 25) and FULTON BANK N.A.'S RESPONSE TO PLAINTIFF'S MOTION FOR DISMISSAL OF AMENDED COMPLAINT WITHOUT PREJUDICE (ECF No. 28), it is hereby ORDERED that the plaintiff's Motion (ECF No. 25) is granted and the Amended Complaint is dismissed without prejudice as to the defendant, Fulton Bank, N.A.

It is further ORDERED that FULTON BANK, N.A.'S MOTION TO DISMISS UNDER RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE (ECF No. 7) and the plaintiff's MOTION FOR LEAVE TO FILE LATE MEMORANDUM IN OPPOSITION TO THE MOTION BY FULTON BANK NATIONAL

ASSOCIATION TO DISMISS COUNTS 1 AND 2 OF THE COMPLAINT (ECF No. 20) are denied as moot.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 3, 2024

2