**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| KENDRA L. JOHNSON, | : |
| | : |
| Plaintiff, | :  No. 3:23-cv-807-REP |
| | : |
| v. | : |
| | : |
| EQUIFAX INFORMATION | : |
| SERVICES, LLC, *et al.,* | : |
| | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kendra L. Johnson and Defendant Trans Union LLC, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action is ***dismissed with prejudice*** as to Trans Union LLC.

Respectfully submitted,

| **KENDRA L. JOHNSON** | **TRANS UNION LLC** |
|---|---|
| /s/ Drew D. Sarrett | /s/ Marc F. Kirkland |
| Drew D. Sarrett (VSB No. 81658) | Marc F. Kirkland (VSB No. 92634) |
| **CONSUMER LITIGATION ASSOCIATES, P.C.** | **QUILLING, SELANDER, LOWNDS,** |
| 626 E Broad Street, Suite 300 | **WINSLETT & MOSER, P.C.** |
| Richmond, Virginia 23219 | 6900 N. Dallas Parkway, Suite 800 |
| Telephone.: 804-905-9905 | Plano, Texas 75024 |
| Facsimile: 757-930-3662 | Phone: (214) 560-5454 |
| Email: drew@clalegal.com | Facsimile: (214) 871-2111 |
| *Counsel to Plaintiff* | Email: mkirkland@qslwm.com |
| | *Counsel for Defendant Trans Union, LLC* |

1